IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01868-BNB

MOSES A. BELLAMY,
    Plaintiff,

v.

DEPARTMENT OF THE TREASURY, and
TREASURY INSPECTOR GENERAL FOR TAX ADMINISTRATION,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 2 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING MOTIONS TO SEAL

Plaintiff Moses A. Bellamy initiated this action by filing *pro se* a Complaint alleging that his constitutional rights have been violated. On September 20, 2006, Mr. Bellamy filed a motion to seal his main documents. Among the attachments to the complaint are various documents that include personal information Mr. Bellamy did not understand would become available to the general public. On September 21, 2006, Mr. Bellamy filed a letter asking that certain specified documents be stricken and sealed. On September 22, 2006, the court entered an order directing Mr. Bellamy to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The amended complaint Mr. Bellamy files will supercede the original complaint filed in this action. Therefore, the motions to seal will be granted and the clerk of the court will be directed to seal the complaint filed in this action on September 19, 2006. Accordingly, it is

ORDERED that the motions to seal filed on September 20, 2006, and September 21, 2006, are granted. It is

FURTHER ORDERED that the clerk of the court seal the complaint filed in this action on September 19, 2006.

DATED October 2, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01868-BNB

Moses A. Bellamy
2620 Magnolia St.
Denver, CO 80207

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/2/06

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk